IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**BRITTANY EWERS,**

    **Plaintiff,**

  **vs.**　　　　　　　　　　　　　　　　　CIV. NO. 2:23-cv-00895-MV-JFR

**MARTIN O'MALLEY,**
**Commissioner of Social**
**Security,**

    **Defendant.**

## FINAL JUDGMENT

    **THIS MATTER** comes before the Court on its Order granting Defendant's Unopposed Motion for Remand to Agency, filed concurrently herewith. The Court enters this Final Judgment under Federal Rule of Civil Procedure 58, and remands this case to the Social Security Administration for further proceedings consistent with its Order.

    **IT IS SO ORDERED.**

_____
**MARTHA VÁZQUEZ**
**Senior United States District Judge**